IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FATIMAH MARTIN, | : | |
| Plaintiff, | : | |
| | : | 1:14-cv-806 |
| v. | : | |
| | : | Hon. John E. Jones III |
| PA DEPARTMENT OF | : | |
| CORRECTIONS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**December 18, 2014**

**NOW, THEREFORE,** for the reasons set forth in the Memorandum issued

this date, **IT IS HEREBY ORDERED THAT:**

1.  Plaintiff's Fourth Motion for Extension of Time (Doc. 21) is

    **DENIED**.

2.  This action is **DISMISSED without prejudice** pursuant to Federal

    Rule of Civil Procedure 41(b).

3.  The Clerk of Court is directed to **CLOSE** this case.


            s/ John E. Jones III
            John E. Jones III
            United States District Judge